# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PATRICIA SYLING,**

    **Plaintiff,**

**vs.**                                                      **Case No. 4:17cv16-RH/CAS**

**WARDEN JONES,**
**and SIS HARRELL,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, initiated this case by submitting a document titled as a "motion for injunction to obtain Plaintiff's legal document and clarification order on program statement, 1315.07." ECF No. 1. In an abundance of caution, the Clerk's Office opened the case for Plaintiff and docketed the "motion" as a complaint.

An Order was entered on January 10, 2017, advising Plaintiff that this case could not proceed without payment of the filing fee or the filing of a motion for in forma pauperis status. ECF No. 3. Plaintiff was required to do one or the other by February 10, 2017. *Id.* Additionally, Plaintiff was

required to file a proper complaint on the civil rights complaint form used in this Court.  *Id.*

As of this date, Plaintiff has taken no action to proceed with this case and did not comply with that Order.  Plaintiff was advised that no further action would be taken in this case until Plaintiff either paid the $400 filing fee or filed a completed in forma pauperis motion supported by her financial affidavit and inmate bank account statement.  *Id.*  Plaintiff was warned that if she failed to comply with the Order, a recommendation would be made to dismiss this case for failure to prosecute and failure to comply with a Court Order.   ECF No. 3.  It now appears Plaintiff has abandoned this litigation.  Dismissal is appropriate.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on March 10, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.